Ex. No. 1473. STATE v. ANTHONY L. DeGREGORY. Motion of defendant to remand matter to Superior Court for hearing and passing upon motion of defendant to establish truth of transcript and bill of exceptions is denied. *Richard J. Israel,* Attorney General, *Donald P. Ryan,* Asst. Attorney General, for plaintiff. *Aram K. Berberian,* for defendant.

APPEAL No. 1557. WILLIAM T. YOUNG, INC. *et al. v.* HARRY SIMPSON. Mandate of opinion is further amended as follows:

> The case is remitted to the Superior Court with direction that the trial justice who heard it be afforded an opportunity within 120 days thereafter to specify whether the dismissal was with or without prejudice. The case shall thereafter progress as provided herein.

*Raymond J. Surdut,* for plaintiffs. *James F. Murphy,* for defendant.

## March 15, 1973.

M. P. No. 73-57. LINDA PETRARCA v. TAX ADMINISTRATOR. Petition for writ of certiorari denied without prejudice to right of petitioner to present same question on appeal from final judgment in Superior Court. *Samuel A. Olevson,* for petitioner. *Perry Shatkin,* for respondent.

M. P. No. 1675. COMMUNITY HOTEL CORPORATION OF NEW-PORT, RHODE ISLAND v. JOHN J. EGAN. Defendant's motion to quash order of March 16, 1972 granting issuance of writ and to remand to Superior Court is denied without prejudice to the right of defendant (1) to renew motion at hearing on merits and (2) to dismiss proceedings for failure to prosecute. Roberts. C.J., did not participate. *Gunning, LaFazia, Gnys & Selya, Guy J. Wells,* for plaintiff. *Roberts & Willey, Inc., David W. Carroll, Bruce G. Tucker,* for defendant.